# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                           :    NO.  234
                                                 :
REAPPOINTMENTS TO THE                            :    DISCIPLINARY RULES DOCKET
PENNSYLVANIA INTEREST ON                         :
LAWYERS TRUST ACCOUNT BOARD                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2023, Joseph G. Price, Esquire, Lackawanna County, and Samuel W. Milkes, Esquire, Cumberland County, are hereby reappointed as members of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2023.